IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No.: 1:03CR394-1 |
| ) | |
| JAMES ROBERT COUCH, JR., ) | |
| ) | |
| Defendant. ) | |

SATISFACTION OF FINE

The fine in the above-entitled case having been paid, the Clerk of the United States District Court for the Middle District of North Carolina is hereby authorized and empowered to satisfy and cancel said fine imposed by the judgment of record.

This the 26 August 2005.

ANNA MILLS WAGONER
United States Attorney

/s/ Joan B. Binkley
Assistant United States Attorney
NCSB # 18100
Attorney for Plaintiff
United States Attorneys Office
Post Office Box 1858
Greensboro, NC 27402
Telephone: (336) 333-5351
E-mail: Joan.Binkley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | No. 1:03CR394-1 |
| | ) | |
| JAMES ROBERT COUCH, JR., | ) | |
| | ) | |
| Defendant. | ) | CERTIFICATE OF SERVICE |

I hereby certify that on August 26, 2005, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that the document was mailed to the following non-CM/ECF participants:

James Robert Couch, Jr.
1700 Sherron Road
Durham, NC 27703

        Respectfully submitted,

        ANNA MILLS WAGONER
        United States Attorney

        /s/ Joan B. Binkley
        Assistant United States Attorney
        NCSB # 18100
        Attorney for Plaintiff
        United States Attorneys Office
        Post Office Box 1858
        Greensboro, NC 27402
        Telephone: (336) 333-5351
        E-mail: joan.binkley@usdoj.gov