PROB 35
(Rev 4/05)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF NORTH CAROLINA

FILED
1 17 2006

| UNITED STATES OF AMERICA | | |
|---|---|---|
| v | Docket Number | 5 96CR155-9 (ED/NC) |
| JAMES ROBERT COUCH, JR | | 1 03CR394-1 (MD/NC) |

On 3/4/2002, the above named was placed on supervised release for a period of 5 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
Deputy Chief U S Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated

Dated this 17th day of January 20 06

_____
United States District Judge

UNITED STATES DISTRICT COURT
for the Middle District of North Carolina

## NOTICE OF PROPOSED PETITION FOR RELIEF

TO   The Honorable Anna Mills Wagoner
     U S Attorney for the Middle District of North Carolina

ATTENTION  Clifton T Barrett

RE   JAMES ROBERT COUCH, JR
     Defendant

Docket No  5 96CR155-9 (ED/NC)
           1 03CR394-1 (MD/NC)

Under the amended version of the Federal Rules of Criminal Procedure Rule 32 1(b), the U S Probation Office is required to notify the attorney for the government when proposing a modification of probation which is favorable to a probationer  Accordingly, you are advised of the following

**Proposed Action:**

Early Termination of Supervised Release

**Basis for Recommendation:**

Mr Couch has been on supervised release since March 2002, and has complied with all his conditions of supervised release  He has been employed consistently since his release to supervision and has paid his $5,000 fine in full as of August 23, 2005  In addition, he purchased his own home in February 2005, and obtained a second job  Mr Couch has not tested positive for any illicit drugs and does not appear to be a risk to the community  The Probation Office believes the objectives of supervision have been met and that Mr Couch will continue to make a positive adjustment

12/1/05
(Date)

Jesse J Reaves Jr
U S Probation Officer

You are requested to notify the Probation Officer within five working days if the government objects to the proposed action

12/5/05
(Date)

Lisa P Palombo
Deputy Chief U S Probation Officer

---

The government   ☒ Does not object to the proposed action
                ☐ Does object to the proposed action for the following reason(s)

(Date)                               (Attorney for the Government)